UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN PIERCE KITTRELL,

          Plaintiff,

v.                                          Case No. 6:10-cv-815-Orl-22DAB

U.S. PRISONER TRANSPORT, et al.,

          Defendants.

_____

## ORDER

This case is before the Court on the following motions:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 40, filed May 4, 2011) is **DENIED**. At this stage of the proceedings, Plaintiff has failed to demonstrate that there is no genuine dispute as to any material fact and that he is entitled to judgment as a matter of law.

2. Plaintiff's Motions for Hearing (Doc. No. 41, filed May 4, 2011 and Doc. No. 43, filed May 4, 2011) are **DENIED**.

3. Plaintiff's Motion for Default (Doc. No. 42, filed May 4, 2011) is **DENIED**. Defendant filed a responsive pleading on May 2, 2011 (Doc. No. 38).

4. Plaintiff's Motion Judgment on the Pleadings (Doc. No. 44, filed May 4, 2011) is **DENIED**.

5. Plaintiff's Motion for Issuance of Subpoena (Doc. No. 45, filed May 4, 2011) is **DENIED**. Plaintiff must comply with the applicable Federal Rules of Civil Procedure dealing with discovery. *See generally* Fed. R. Civ. P. 34, 37, 45, and with Local Rule 3.04(a).

**DONE AND ORDERED** at Orlando, Florida, this __16__ day of May, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE
(Signed in the Absence of Chief Judge
Anne C. Conway)

Copies to:
OrlP-2 5/6
John Pierce Kittrell
Counsel of Record